NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD VINCENT RAY, Jr., Plaintiff-Appellant, v. A. RIBERA, Water and Sewer Plant Supervisor at CCI; B. CATES, Chief Deputy Warden at CCI; J. GUTIERREZ, Associate Warden at CCI, Defendants-Appellees. | No. 20-15021 D.C. No. 1:19-cv-01561-AWI-SKO MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, District Judge, Presiding

Submitted July 12, 2022[**]

Before:    SCHROEDER, R. NELSON, and VANDYKE, Circuit Judges.

California state prisoner Edward Vincent Ray, Jr. appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action after denying

Ray's motion to proceed in forma pauperis ("IFP").  We have jurisdiction under 28

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

U.S.C. § 1291.  We review de novo the district court's interpretation and application of 28 U.S.C. § 1915(g).  *Andrews v. Cervantes*, 493 F.3d 1047, 1052 (9th Cir. 2007).  We affirm.

The district court properly denied Ray's motion to proceed IFP because Ray had filed at least three prior actions that were dismissed as frivolous, malicious, or for failure to state a claim, and Ray did not plausibly allege that he was "under imminent danger of serious physical injury" at the time he lodged the complaint. *See* 28 U.S.C. § 1915(g); *Andrews*, 493 F.3d at 1053, 1055-56 (discussing the imminent danger exception to § 1915(g)).

We do not consider arguments and allegations raised for the first time on appeal.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**